# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153689 & (62)

IBTIHAJ SHAMMOUT, a Minor, by her Next
Friend, HANI SHAMMOUT and ARWA
SHAMMOUT,
          Plaintiffs-Appellees/Cross-
          Appellants,

v

          SC: 153689
          COA: 323532
          Kalamazoo CC: 12-000251-NI

KALAMAZOO JAYCEE,
          Defendant/Cross-Defendant/Cross-
          Plaintiff-Appellee,

and

DASTOLI & ASSOCIATES, INC. a/k/a UNITED
RENTAL,
          Defendant/Cross-Plaintiff-Appellee,

and

SHAWARMA KING, INC.,
          Defendant,

and

SHAWARMA KING FOUR, INC.,
          Defendant/Cross-Defendant-
          Appellant/Cross-Appellee,

and

EVENTS, INC.,
          Defendant/Cross-Plaintiff/Cross-
          Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the March 29, 2016 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

BERNSTEIN, J., did not participate due to his prior relationship with the Sam Bernstein Law Firm.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



Clerk

s1214